UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00024-SI |
| v. | **INFORMATION** |
| **ERLIN DARIO GOMEZ-ZUNIGA,** | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| **Defendant.** | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C))**

On or about January 10, 2025, in the District of Oregon, defendant **ERLIN DARIO GOMEZ-ZUNIGA**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Information, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violation

and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: January 23, 2025

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Robert S. Trisotto
ROBERT S. TRISOTTO, NYS #4784203
Assistant United States Attorney